**No. 11M52. Kenneth Lee Taylor, Petitioner v. Robert Ayers, Warden.**

565 U.S. 1108, 132 S. Ct. 1071, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 330.

January 9, 2012. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M53. William D. Robinson, Petitioner v. United States.**

565 U.S. 1108, 132 S. Ct. 1071, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 344.

January 9, 2012. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

Same case below, 390 U.S. App. D.C. 368, 605 F.3d 985.

**No. 11M54. Eugene Wilson, Petitioner v. Florida.**

565 U.S. 1108, 132 S. Ct. 1071, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 282.

January 9, 2012. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 64 So. 3d 120.

**No. 11M55. Robert L. Jarrett, Jr., Petitioner v. United States District Court for the Central District of California, et al.**

565 U.S. 1108, 132 S. Ct. 1072, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 130.

January 9, 2012. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

Same case below, 498 F.3d 963.

**No. 11M56. Sealed Petitioner, Petitioner v. Sealed Respondent, et al.**

565 U.S. 1108, 132 S. Ct. 1072, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 241.

January 9, 2012. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 11M57. Enrique Aragon-Hernandez, Petitioner v. United States.**

565 U.S. 1108, 132 S. Ct. 1072, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 255.

January 9, 2012. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M58. Lawrence Goldblatt, Petitioner v. United States District Court for the Western District of Missouri.**

565 U.S. 1108, 132 S. Ct. 1072, 181 L. Ed. 2d 729, 2012 U.S. LEXIS 400.

January 9, 2012. Motion for leave to proceed in forma pauperis with the declaration of indigency under seal denied.